**Opinion issued June 11, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

——————————————

**NO. 01-13-00484-CV**

——————————————

**IN RE RETAKA ROMEO NELSON, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

On June 10, 2013, the relator filed a petition for writ of mandamus, challenging the trial court's order striking his jury demand.[*] He also filed a emergency motion for temporary relief. The relator did not provide a record of the

---

[*] The underlying case is *In the Matter of the Marriage of Retaka Romeo Nelson and Shannon Brochette Nelson*, No. 2012-04063, in the 308th District Court of Harris County, Texas, the Honorable James Lombardino presiding.

ruling of which he complains. *See* TEX. R. APP. P. 52.3(k)(1)(A); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (the relator has the burden to provide the court with a sufficient record to establish the right to mandamus relief). We **deny** the emergency motion and the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Sharp, Massengale, and Huddle.

2